UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ZION WALKER,

                                       Plaintiff,

        -against-

THE CITY OF NEW YORK, ET AL.,

                                      Defendants.

**~~PROPOSED~~ ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT**

24 Civ. 6553 (NRB)

------------------------------------------------------------------- x

**WHEREAS**, plaintiff Zion Walker commenced this action by filing a complaint on or about August 29, 2024, alleging that defendant violated his constitutional rights during the execution of a search warrant at 739 Arnow Avenue, Apartment 1B, Bronx, New York, on August 13, 2023; and

**WHEREAS**, upon information and belief, the search warrant and supporting affidavit relating to the application and issuance of that search warrant have been sealed by Bronx County Criminal Court;

**WHEREAS**, the Bronx District Attorney's Office is on notice of the request to unseal the search warrant and supporting affidavit in this matter and takes no position with respect to the application to unseal the search warrant and affidavit for the purpose of identifying the "designated person" mentioned on the face of the search warrant.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the search warrant and supporting affidavit relating to the application and issuance of the search warrant issued on August 12, 2023, authorizing the search of the premises at 739 Arnow Avenue, Apartment 1B, Bronx, New York, are hereby unsealed only for the purposes of this litigation; and

1

**IT IS FURTHER ORDERED** that certified copies of the search warrant and supporting affidavit shall be provided to MURIEL GOODE-TRUFANT, Corporation Counsel of the City of New York, or her authorized representatives, on or before March 26, 2025, for inspection, photocopying, and/or any other use in connection with the above-identified litigation only, subject to redactions of privileged information by the Bronx County District Attorney's Office; and

**IT IS FURTHER ORDERED** that the Corporation Counsel's Office may make use of the search warrant and supporting affidavit, and may disclose them to the plaintiff in this action, or the Court, as required by law or an order of the United States District Court for the Southern District of New York; and

**IT IS FURTHER ORDERED** that any such search warrant and supporting affidavit unsealed as a result of this Order shall be used only for the limited purpose of its use in the instant suit **AND THAT ALL COPIES SHALL BE DESTROYED OR RETURNED TO THE BRONX DISTRICT ATTORNEY'S OFFICE UPON THE CONCLUSION OF THIS CASE**.

**SO ORDERED**. February 28, 2025

Dated:    New York, New York

*[signature]*

HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE